UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHINDA FIRST, LLC,  )
         Plaintiff,  )
                         )   No. 1:21-cv-207
-v-  )
                         )   Honorable Paul L. Maloney
AMGUARD INSURANCE COMPANY,  )
         Defendant.  )
                         )

## JUDGMENT

After Defendant removed this lawsuit, the Court concluded that it lacks subject-matter jurisdiction over the dispute and remanded the lawsuit to the state court. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 9, 2021                                                                   /s/ Paul L. Maloney
                                                                                          Paul L. Maloney
                                                                                          United States District Judge